**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**                                                            Case No. 06-cr-34-02-PB

<u>Quenta Parker, et al.</u>


<u>**O R D E R**</u>


    The defendant, through counsel, has moved to continue the July 6, 2006 trial in the above case, citing the need for additional time to resolve a pending motion to suppress and engage in discovery on the superseding indictment recently issued in this matter.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 6, 2006 to October 3, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial conference on September 25, 2006 at 4:00 p.m.

No further continuances.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

June 28, 2006

cc:  Richard Foley, Esq.
     David Bownes, Esq.
     Robert Veiga, AUSA
     United States Probation
     United States Marshal